

09 5049

**FORM TO BE USED BY A PRISONER FILING A 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**I. CAPTION**

Mr. Shelton Loggn
(Enter the full name of the plaintiff or plaintiffs)

v.

Mrs. Robin Taylor
Mr. Dennis Powell

(Enter the full name of the defendant or defendants)

**II. PARTIES**

a. Plaintiff

Full name: Shelton Loggn

Prison identification number: CJ-7714

Place of present confinement: SCI-Huntingdon

Address: 1100 Pike St. Huntingdon, Pa. 16654-1112

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Parole office, 5828 Market st. Phila., Pa. 19139

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Mrs. Robin Taylor (supervisor)

   Place of employment and section or unit: 58th & Market Parole Office

2. Full name including title: Mr. Dennis Powell, District Director

   Place of employment and section or unit: 1400 Spring Garden st. Phila Pa. 19130

3. Full name including title: ______

   Place of employment and section or unit: ______

4. Full name including title: ______

   Place of employment and section or unit: ______

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

## III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested be.. w. If you have not filed other lawsuits, proceed to Section IV, Admini -ative Remedies, on this page.*

*If you have filed other lawsuits, provide the following informa..on.*

*Parties to your previous lawsuit:*

*Plaintiffs* ______________________________

*Defendants* ______________________________

*Issues:* ______________________________

______________________________

*Court: if federal, which district?* ______________________________

*if state, which county?* ______________________________

*Docket number:* ______________ *Date filed:* ______________

*Name of presiding judge:* ______________________________

*Disposition: (check correct answer(s)); Date:* ______________

*Dismissed* ___ *Reason?* ______________________________

*Judgment* ___ *In whose favor?* ______________________________

*Pending* ___ *Current status?* ______________________________

*Other* ___ *Explain* ______________________________

*Appeal filed?* ___ *Current status?* ______________________________

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV. ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure tc resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. ***Describe the administrative procedures available to resolve the issues raised in this complaint:***

- ***Type of procedure. (grievance, disciplinary review, etc.)***

  ***Authority for procedure. (DC-ADM, inmate handbook, etc.)***

  ***Formal or informal procedure.***

  ***Who conducts the initial review?***

  ***What additional review and appeals are available?***

b. ***Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:***

***On what date did you request initial review?***

***What action did you ask prison authorities to take?***

***What response did you receive to your request?***

***What further review did you seek and on what dates did you file the requests?***

***What responses did you receive to your requests for further review?***

c. ***If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.***

There are no administrative procedures for this matter. However, I did write letters of complaints to the defendants and their bosses for some relief.



09 5049

V. STATEMENT OF CLAIM

**Instructions:**

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

**Statement of claim:**

ON 11-19-07 I was detained by my then Parole officer Mrs. Taylor. She took $410.00 cash out of my pocket. she then stated that I owe her money for supervision fees and she was keeping my money. Mrs. Taylor then went out and purchased a money order for $409.00 without my consent. I refused to sign the money order. She then went to my car and took my personal property which included; 1 digital camera two cell phones, my camera bag with 2 memory chips, connecting wires for my camera & P.C. my drivers license and other I.D. my car title & registration, my car keys & house keys.

Please check reverse side.

VI. RELIEF

**Instruction:** Briefly state exactly what you want the Court to do for you.

**Relief sought:**

I would like for Mrs. Taylor & Mr. Powell be made to pay me back the money that they took from me and return my property. If property is lost or damaged, I would like to be compensated my properties full value and also these courts cost and fees.

VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

9-8-09
DATE

Mr. Shelton Logan
SIGNATURE OF PLAINTIFF(S)