CONTINUE:

I asked Mrs. Taylor why was she taking my personal property when none of it was illegal? She stated that she was gonna hold on to my property until my release from jail so I would have to come see her. I then asked to speak to her supervisor who was Mr. Dennis Powell. I complaint to Mr. Powell about Mrs. Taylor taken my money and property. I also explained to him that the money was my wifes bill money in which I had to pay. He stated that since I was unemployed and I owed them money for supervision fees, they were keeping the money and I would have to pay my wife back after I get out of jail. He also gave her permission to keep my property.

Relief Sought:

Total compensation for money, property and court cost.

$1,970